UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Gordon Paul Bardet #085104 | Case No. 15-mc-80257-JD<br><br>**ORDER OF SUSPENSION** |

Because Gordon Paul Bardet has failed to respond to the Order to Show Cause, Gordon Paul Bardet's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: December 4, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Gordon Paul Bardet #085104 | Case No.  15-mc-80257-JD<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on 12/4/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gordon  Bardet
204 E. 2nd Avenue
#810
San Mateo, CA 94401

Dated: 12/4/2015

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2